UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENNA CAMMERON,<br><br>    Plaintiff,<br>v.<br><br>DMG MEDIA LTD., MAIL MEDIA INC. d/b/a MAILONLINE, and ROBIN RAVEN, in his individual and professional capacities,<br><br>    Defendants. | Civil Action No.: 1:23-cv-10137<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff BRENNA CAMMERON ("Plaintiff") and Defendants DMG MEDIA LTD., MAIL MEDIA INC. d/b/a MAILONLINE, and ROBIN RAVEN (collectively, "Defendants"), by and through undersigned counsel, that Defendants have authorized their undersigned counsel to accept service of Plaintiff's Summons and Complaint and that counsel accepted such service on behalf of Defendants;

**IT IS FURTHER STIPULATED AND AGREED** that the time for Defendants to answer, move or otherwise respond to the Complaint shall be extended up to and including February 12, 2024;

**IT IS FURTHER STIPULATED AND AGREED** that Defendants reserve all defenses and objections to the lawsuit, the Court's jurisdiction, and the venue of this action, except that Defendants waive defenses based upon insufficient service of process; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, each of which shall be deemed an original. A faxed, conformed, or electronically scanned signature shall be deemed an original for purposes of this Stipulation.

Respectfully submitted this 14th day of December 2023.

**GRUBIN LAW GROUP, P.C.**

By: _/s/_____
Scott G. Grubin, Esq.
Alex J. Hartzband, Esq.
Rita Lenane-Massey, Esq.
Grubin Law Group, P.C.
1330 Avenue of the Americas, Suite 23A
New York, New York 10019
Tel. (212) 653-0631
Email: sgrubin@grubinlaw.com
Email: ahartzband@grubinlaw.com
Email: rlmassey@grubinlaw.com
*Attorneys for Plaintiff*

**SQUIRE PATTON BOGGS (US) LLP**

By: _/s/_____
Katharine J. Liao, Esq.
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York 10036
Tel. (212) 872-9804
Email: katharine.liao@squirepb.com
*Attorney for Defendants*

**SO ORDERED:**

_____
Hon. Paul A. Crotty
United States District Judge

Dated:_____

1099615051\1\AMERICAS