UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRENNA CAMMERON,

                Plaintiff,

        v.

DMG MEDIA LTD., MAIL MEDIA INC. d/b/a MAILONLINE, and ROBIN RAVIN, *in his individual and professional capacities*,

                Defendants.

23-CV-10137 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Pending before the Court is Defendants' motion to dismiss the complaint in this action. For reasons the Court will provide on the record at a conference on April 10, 2025 at 2:00 p.m., the motion to dismiss is granted in part and denied in part. The following claims are dismissed: (1) Americans with Disabilities Act claims; (2) Family and Medical Leave Act claims; (3) New York Labor Law § 215 claims; (4) New York State Human Rights Law ("NYSHRL") and New York City Human Rights Law ("NYCHRL") gender discrimination claims against Defendant Raven. The motion is denied with respect to the following claims: (1) Title VII, NYSHRL, and NYCHRL sex/gender discrimination and retaliation claims against Defendants DMG Media and Mail Media; (2) NYSHRL and NYCHRL retaliation claims against Defendant Raven; and (3) NYSHRL and NYCHRL disability discrimination claims against all Defendants. The Court will permit Plaintiff one opportunity to amend her Complaint to replead the dismissed claims, should she elect to do so, within thirty (30) days of the conference provided she has a good-faith basis for amendment.

    No later than April 7, 2025, the parties shall submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    1.    A brief description of all contemplated motions;

2. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

3. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

4. The estimated length of trial; and

5. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

Additionally, no later than April 7, 2025, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

The conference will be held in Courtroom 1506 of the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, NY, 10007. If the parties are amenable to having a settlement conference prior to the conference with the Court, they shall advise the Court no later than April 7, 2025.

The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 19 and 25.

SO ORDERED.

Dated:   March 31, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge