

1270 Avenue of the Americas
Floor 7
New York, New York 10020

Alex J. Hartzband
(M) 201.788.9704 | (O) 212.653.0631
ahartzband@grubinlaw.com

April 1, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

      RE:    <u>*Cammeron v. DMG Media Ltd., et al.*, No. 1:23-cv-10137-RA</u>

Dear Judge Abrams:

      We represent Plaintiff Brenna Cammeron in the above-referenced action. Pursuant to Section 1(D) of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request an adjournment of the status conference currently scheduled for April 10 (*see* ECF No. 30), as the undersigned will be taking a deposition that day. We have conferred with opposing counsel regarding her availability and respectfully propose that the conference be rescheduled for Aprill 22, 24, or 25.

      This is Plaintiff's first request for an adjournment. Defendants consent to this request.

      We thank the Court for its time and attention to this matter.

Cc:    Counsel of Record (*via* ECF)

Respectfully submitted,

Alex J. Hartzband

---

Application granted. The conference previously scheduled for April 10, 2025 is hereby adjourned to April 22, 2025 at 2:30 p.m. The parties shall submit a joint letter and proposed case management plan no later than April 17, 2025.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 2, 2025