**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRENNA CAMMERON,

Plaintiff,

v.

DMG MEDIA LTD., MAIL MEDIA INC. d/b/a MAILONLINE, and ROBIN RAVEN, in his individual and professional capacities,

Defendants.

Civil Action No.: 1:23-cv-10137-RA

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

SO ORDERED.

Hon. Ronnie Abrams
November 7, 2025

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brenna Cammeron and Defendants DMG Media Ltd., Mail Media Inc. d/b/a MailOnline, and Robin Raven, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to all parties, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

DATED: November 6, 2025

**GRUBIN LAW GROUP, P.C.**

By: */s/ Alex J. Hartzband*
Alex J. Hartzband, Esq.
Grubin Law Group, P.C.
1270 Avenue of the Americas, Floor 7
New York, NY 10020
Tel.: (212) 653-0631
Email: ahartzband@grubinlaw.com
*Attorneys for Plaintiff*

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Katharine J. Liao*
Katharine J. Liao, Esq.
Squire Patton Boggs (US) LLP
1120 Avenue of the Americas, 13th Fl.
New York, NY 10036
Tel.: (212) 872-9803
Email: katharine.liao@squirepb.com
*Attorney for Defendants*

**SO ORDERED:**

______________________________
Hon. Ronnie Abrams

Dated: __________________________